# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHADAE RAE SEWARD, et al., <br><br>   Plaintiff(s), <br><br> v. <br><br> FRANK J. BISIGNANO, <br><br>   Defendant(s). | Case No. 2:25-cv-00857-NJK <br><br> **Order** |

Plaintiff brings this suit on behalf of her child challenging the denial of the child's disability claim. *See* Docket No. 1-1. Plaintiff is proceeding *pro se*. The Ninth Circuit has held that "a non-attorney parent must be represented by counsel in bringing an action on behalf of his or her child." *Johns v. Cnty. of San Diego*, 114 F.3d 874, 876 (9th Cir. 1997).[1] Accordingly, Plaintiff is ordered to retain counsel to litigate this case. Counsel must file a notice of appearance to represent Plaintiff by July 18, 2025. **Failure to comply with this order may result in dismissal of this case**.

IT IS SO ORDERED.

Dated: May 19, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Ninth Circuit has not recognized exceptions to this rule as to any particular type of case. *See Grizzell v. San Elijo Elementary Sch.*, 110 F.4th 1177, 1179-80 (9th Cir. 2024) (recognizing out-of-circuit authority creating an exception to the counsel mandate in the social security context, but finding that such cases are inconsistent with binding Ninth Circuit precedent).

1