# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHADAE RAE SEWARD, et al., <br>     Plaintiff(s), <br> v. <br> FRANK J. BISIGNANO, <br>     Defendant(s). | Case No. 2:25-cv-00857-NJK <br><br> **Order** |

Plaintiff brings this suit on behalf of her child challenging the denial of the child's disability claim. *See* Docket No. 1-1. Plaintiff is proceeding *pro se*. The Ninth Circuit has held that "a non-attorney parent must be represented by counsel in bringing an action on behalf of his or her child." *Johns v. Cnty. of San Diego*, 114 F.3d 874, 876 (9th Cir. 1997).[1]

On May 19, 2025, the Court ordered Plaintiff to retain counsel to litigate this case. Docket No. 5 at 1. The Court ordered Plaintiff's retained counsel to file a notice of appearance to represent Plaintiff by July 18, 2025. *Id.* The Court warned that "**[f]ailure to comply with this order may result in dismissal of this case**." *Id.* (emphasis in original). Despite that warning, Plaintiff has not complied with the above order.

Accordingly, this case is **DISMISSED** without prejudice. The Clerk's Office is **INSTRUCTED** to close the case.

IT IS SO ORDERED.

Dated: July 28, 2025

                                              Nancy J. Koppe <br>
                                              United States Magistrate Judge

---

[1] The Ninth Circuit has not recognized exceptions to this rule as to any particular type of case. *See Grizzell v. San Elijo Elementary Sch.*, 110 F.4th 1177, 1179-80 (9th Cir. 2024) (recognizing out-of-circuit authority creating an exception to the counsel mandate in the social security context, but finding that such cases are inconsistent with binding Ninth Circuit precedent), *cert. denied*, __ S. Ct. ___, 2025 WL 1426678 (May 19, 2025).